**Electronically Filed
Supreme Court
SCPW-12-0000542
29-JUN-2012
10:17 AM**

NO. SCPW-12-0000542

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRIS GRINDLING, Petitioner,

vs.

ATTORNEY GENERAL, STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge Ayabe, assigned by reason of vacancy)

Upon consideration of petitioner Chris Grindling's petition for a writ of mandamus, filed on June 1, 2012, it appears that petitioner seeks mandamus relief on the same matters for which mandamus relief was sought and denied on May 17, 2012 in SCPW-12-0000472.  Therefore,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED:  Honolulu, Hawai'i, June 29, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Bert I. Ayabe

